# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLORIA RAMOS, | : | |
| Plaintiff | : | CIVIL ACTION |
| v. | : | No. 18-cv-3752 |
| | : | |
| LVNV FUNDING, LLC and | : | |
| PRESSLER & PRESSLER, LLP a/k/a | : | |
| PRESSLER, FELT & WARSHAW, LLP | : | |
| Defendants | : | |

## ORDER

This 22nd day of May, 2019, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 15, 16), Plaintiff's responses (ECF Nos. 18, 20, 21, 27), and Defendants' replies (ECF Nos. 19, 22), it is hereby **ORDERED** that the Motions are **GRANTED**. The Complaint is **DISMISSED**, without prejudice.

    /s/ Gerald Austin McHugh
United States District Judge